UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 6, 2019     **Time:** 2:36 P.M. – 2:38 P.M.     **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00606-MMC     **Case Name:** UNITED STATES v. Buljan

**Attorney for Plaintiff:** Ross Weingarten
**Attorney for Defendant:** Robert Waggener

**Deputy Clerk:** Mauriona Lee     **Court Reporter:** Vicki Eastvold
**Interpreter:** N/A     **Probation Officer:** N/A

## PROCEEDINGS

Further status conference – held.

## SUMMARY

**CASE CONTINUED TO:** March 27, 2019 at 2:15 P.M for further status conference.

**EXCLUDABLE DELAY:**
Category  Effective preparation of counsel
Begins  3/7/19
Ends  3/27/19