UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** May 22, 2019        **Time:** 2:35 – 2:58        **Judge:** MAXINE M. CHESNEY

= 23 minutes

**Case No.:** 18-cr-00606-MMC-1   **Case Name:** UNITED STATES v. Christopher David Buljan

**Attorney for Plaintiff: Ross Weingarten**
**Attorney for Defendant: Robert Waggener**

**Deputy Clerk:** Tracy Geiger                 **Court Reporter:** Jo Ann Bryce
**Interpreter:** N/A                           **Probation Officer:** N/A

### PROCEEDINGS

**Change of Plea – held.**

**Defendant plead guilty to Counts One and Two of a Two-Count Indictment.**

**Plea agreement filed with the Court.**

**The Court accepted the plea and referred the matter to the U.S. Probation Department for preparation of a presentence report.**

**CASE CONTINUED TO: August 28, 2019 at 2:15 pm  for Judgment and Sentencing**