IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER BULJAN,<br>　　　　Defendant. | Case No. 18-cr-00606-MMC-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE SENTENCE MODIFICATION** |

　　　Before the Court is defendant Christopher Buljan's "Motion for Compassionate Release Sentence Modification Under 18 U.S.C. § 3582," filed April 16, 2021.

　　　The government is hereby directed to file, no later than April 26, 2021, a response to the Motion. Defendant shall file any reply no later than May 3, 2021.

　　　Unless the parties are otherwise advised, the Court will take the matter under submission on May 3, 2021, or the date defendant files his reply, whichever is earlier.

　　　**IT IS SO ORDERED.**

Dated: April 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge