IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BULJAN,<br><br>Defendant. | Case No. 18-cr-00606-MMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

Before the Court is defendant Christopher Buljan's ("Buljan") "Motion for Compassionate Release Sentence Modification Under 18 U.S.C. § 3582," filed April 16, 2021. The government has filed opposition, to which Buljan has replied. Having read and considered the parties' respective written submissions, the Court rules as follows.

Assuming, arguendo, Buljan can establish he has exhausted his administrative remedies (see Waggener Decl., filed May 4, 2021 ¶¶ 5-8; Supp. Waggener Decl., filed May 6, 2021, Attachment), the Court, for the reasons stated by the government, finds Buljan has not demonstrated the existence of extraordinary and compelling reasons warranting a reduction of his sentence. (See Pl.'s Opp. at 6:16-18, 8:3-13:2.)

Accordingly, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 7, 2021

MAXINE M. CHESNEY
United States District Judge